IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 19-540 |
| | : | |
| **ALEXIS BERMUDEZ** | : | |

# ORDER

**AND NOW**, this 30th day of September 2024, upon considering Defendant's Motion for reduction of sentence (ECF 54), the United States' Response (ECF 56) confirming no opposition, and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendant's unopposed Motion (ECF 54) requiring we **amend** the July 28, 2020 Judgment and Commitment Order (ECF 45) and enter an amended Judgment and Commitment Order to address the term and conditions for the balance of the imposed sentence on Count I:

**Alexis Bermudez 77441-066 is committed to the custody of the Bureau of Prisons for a total of sixty-three months on Count I with time served.**

_____
**KEARNEY, J.**